IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

R. MATTHEW VANDIVER, individually
and on behalf of all others similarly situated,                                    PLAINTIFF

v.                         Case No. 4:14-cv-00011 KGB

GLOBAL CREDIT & COLLECTION
CORPORATION, INC.,                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses with prejudice plaintiff R. Matthew Vandiver's claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227, against defendant Global Credit & Collection Corporation, Inc. ("Global Credit"). The Court dismisses without prejudice Mr. Vandiver's claims against Global Credit under the Arkansas Deceptive Trade Practices Act, Ark. Code Ann. § 4-88-101.

SO ADJUDGED this 30th day of March 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE